UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
HOLLAND, RHONDA M § Case No. 09-48025 SPS
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 08/31/2010 in Courtroom 642,

UNITED STATES BANKRUPTCY COURT
219 SOUTH DEARBORN STREET
CHICAGO, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/22/2010                         By: UNITED STATES BANKRUPTCY
                                                    COURT
                                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
HOLLAND, RHONDA M § Case No. 09-48025 SPS
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 8,909.52 |
| *and approved disbursements of* | $ | 0.00 |
| *leaving a balance on hand of*[1] | $ | 8,909.52 |

Claims of secured creditors will be paid as follows:

*Claimant*                                                *Proposed Payment*
                                                          $

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: RONALD R. PETERSON* | $ 1,640.95 | $ 0.00 |
| *Attorney for trustee:* | $ | $ |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 3)*

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Fees:* | | $ | $ |
| *Other:* | | $ | $ |
| *Other:* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 23,622.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 30.8 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | DISCOVER BANK | $ 4,799.36 | $ 1,476.78 |
| 000002 | Chase Bank USA, N.A. | $ 3,209.19 | $ 987.48 |
| 000003 | PYOD LLC as assignee of Citibank | $ 11,159.83 | $ 3,433.91 |
| 000004 | Fia Card Services, NA/Bank of America | $ 4,453.67 | $ 1,370.40 |

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

  Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/Ronald R. Peterson
                     Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch                 Page 1 of 1                  Date Rcvd: Jul 23, 2010
Case: 09-48025                Form ID: pdf006              Total Noticed: 17

The following entities were noticed by first class mail on Jul 25, 2010.
db           +Rhonda M Holland,    9148 S. Eggleston,    Chicago, IL 60620-2307
aty          +Terrance S Leeders,    Leeders & Associates, Ltd,    20 E Jackson Blvd,    Suite 850,
               Chicago, IL 60604-2293
tr           +Ronald R Peterson,    Jenner & Block LLP,    353 N. Clark Street,    Chicago, IL 60654-4704
14869618     +Activity Collection Se,    664 N Milwaukee Ave,    Prospect Heights, IL 60070-2300
14869619     +American Home Mtg Srv,    Attn: Bankruptcy,    4600 Regent Blvd,    Irving, TX 75063-2443
14869620     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
14869621     +Chase,    P.O. Box 29082,    Phoenix, AZ 85038-9082
15132979      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14869622     +Chase Manhattan Mortgage,    Attention: Research Dept. G7-PP,    3415 Vision Drive,
               Columbus, OH 43219-6009
14869623     +City of Chicago,    Bureau of Parking,    121 N La Salle St RM 107 A,    Chicago, IL 60602-1232
14869624     +Codilis & Associates P.C.,    15W030 Frontage Rd.,    Burr Ridge, IL 60527-6921
14869626     +Macys/fdsb,    Macy's Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
15229156     +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
14869627     +Sears/cbsd,    701 East 60th St N,    Sioux Falls, SD 57104-0432

The following entities were noticed by electronic transmission on Jul 23, 2010.
15074442      E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2010 02:16:07      DISCOVER BANK,
               DFS Services LLC,    PO Box 3025,    New Albany, Ohio    43054-3025
14869625     +E-mail/PDF: mrdiscen@discoverfinancial.com Jul 24 2010 02:16:07      Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
15509089      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 24 2010 02:15:17
               Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
               Oklahoma City, OK    73124-8809
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 25, 2010**                     **Signature:** _Joseph Speetjens_