UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HOLLAND, RHONDA M | § | Case No. 09-48025 |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $      from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/RONALD R. PETERSON_____
                                                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Home Mtg Srv Attn: Bankruptcy 4600 Regent Blvd Irving, TX 75063 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| | Chase Manhattan Mortgage Attention: Research Dept. G7-PP 3415 Vision Drive Columbus, OH 43219 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JENNER & BLOCK LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Activity Collection Se 664 N Milwaukee Ave Prospect Heights, IL 60070 | | | | | |
| | Bank Of America Po Box 1598 Norfolk, VA 23501 | | | | | |
| | Chase P.O. Box 29082 Phoenix, AZ 85038 | | | | | |
| | City of Chicago Bureau of Parking 121 N La Salle St RM 107 A Chicago, IL 60602 | | | | | |
| | Codilis & Associates P.C. 15W030 Frontage Rd. Burr Ridge, IL 60527 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | | | | |
| | Macys/fdsb Macy's Bankruptcy Po Box 8053 Mason, OH 45040 | | | | | |
| | Sears/cbsd 701 East 60th St N Sioux Falls, SD 57117 | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 09-48025 | Judge: SUSAN PIERSON SONDERBY | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|---|
| Case Name: | HOLLAND, RHONDA M | | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | | | 341(a) Meeting Date: | 02/01/10 |
| For Period Ending: | 02/25/11 | | Claims Bar Date: | 05/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Real Estate located at 9148 S. Eggleston, Chicago | 140,500.00 | 0.00 | | 0.00 | 0.00 | 148,625.00 | 0.00 |
| 2. Real Estate located at 125 W 150th St, Harvey, IL | 95,000.00 | 99.00 | | 0.00 | 99.00 | 94,901.00 | 0.00 |
| 3. Real Estate located at 8023 S. Marquette, Chicago, | 170,000.00 | 13,010.00 | | 0.00 | 13,010.00 | 156,990.00 | 0.00 |
| 4. Cash on hand | 20.00 | 20.00 | | 0.00 | 20.00 | 0.00 | 0.00 |
| 5. Savings Account with Harris Bank | 263.00 | 263.00 | | 0.00 | 263.00 | 0.00 | 0.00 |
| 6. Checking account with Harris Bank | 774.71 | 774.71 | | 0.00 | 774.71 | 0.00 | 0.00 |
| 7. Miscellaneous Household Goods | 1,500.00 | 1,500.00 | | 0.00 | 1,500.00 | 0.00 | 0.00 |
| 8. Miscellaneous books, cd's, videos | 200.00 | 200.00 | | 0.00 | 200.00 | 0.00 | 0.00 |
| 9. Clothing | 3,000.00 | 3,000.00 | | 0.00 | 3,000.00 | 0.00 | 0.00 |
| 10. Miscellaneous costume jewelry | 1,000.00 | 1,000.00 | | 0.00 | 1,000.00 | 0.00 | 0.00 |
| 11. Term Life Insurance, no cash surrender value | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12. Whole Life Insurance, son is beneficiary | 1,477.00 | 1,477.00 | | 0.00 | 1,477.00 | 0.00 | 0.00 |
| 13. 401k, through employer | 23,808.00 | 23,808.00 | | 0.00 | 23,808.00 | 0.00 | 0.00 |
| 14. Child support owed to debtor | 7,000.00 | 7,000.00 | | 0.00 | 7,000.00 | 0.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| Case No: | 09-48025 | Judge: SUSAN PIERSON SONDERBY | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HOLLAND, RHONDA M | | | Date Filed (f) or Converted (c): | 12/18/09 (f) |
| | | | | 341(a) Meeting Date: | 02/01/10 |
| | | | | Claims Bar Date: | 05/05/10 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. estimated tax refund for 2009 (2008 refund was $65 | 6,540.00 | 6,540.00 | | 8,909.00 | FA | 0.00 | 0.00 |
| 16. Back rent owed to debtor | 2,500.00 | 2,500.00 | | 0.00 | 2,500.00 | 0.00 | 0.00 |
| 17. Automobile, 2005 Nissan Altima, 30k miles | 8,500.00 | 8,500.00 | | 0.00 | 8,500.00 | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.97 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $462,082.71 | $69,691.71 | | $8,909.97 | Gross Value of Remaining Assets $63,151.71 (Total Dollar Amount in Column 6) | $400,516.00 | $0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 7/22/10. Case is closed. Prepared to file TDR.

Initial Projected Date of Final Report (TFR):   / /       Current Projected Date of Final Report (TFR):   / /

_____  Date: _____
RONALD R. PETERSON

LFORM1EX
UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 16.01c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 09-48025 -SPS | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | HOLLAND, RHONDA M | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******0422 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9672 | | |
| For Period Ending: | 02/25/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/17/10 | 15 | Rhonda M. Holland 9148 S. Eggleston Chicago, Ill | Tax Refund | 1124-000 | 8,909.00 | | 8,909.00 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.07 | | 8,909.07 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 8,909.30 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,909.52 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.22 | | 8,909.74 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.23 | | 8,909.97 |
| 08/31/10 | | Transfer to Acct #*******0464 | Bank Funds Transfer | 9999-000 | | 1,640.95 | 7,269.02 |
| 09/01/10 | | Transfer to Acct #*******0464 | Final Posting Transfer | 9999-000 | | 7,269.02 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,909.97 | 8,909.97 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 8,909.97 | |
| Subtotal | 8,909.97 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 8,909.97 | 0.00 | |

Page Subtotals    8,909.97    8,909.97

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48025 -SPS | | Trustee Name: | RONALD R. PETERSON |
| --- | --- | --- | --- | --- |
| Case Name: | HOLLAND, RHONDA M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0464 BofA - Checking Account |
| Taxpayer ID No: | *******9672 | | | |
| For Period Ending: | 02/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/10 | | Transfer from Acct #*******0422 | Bank Funds Transfer | 9999-000 | 1,640.95 | | 1,640.95 |
| 08/31/10 | 003001 | Jenner & Block LLP<br>353 N. Clark Street<br>Chicago, Illinois 60654-3456 | Trustee's compensation<br>Final Fees | 2100-000 | | 1,640.95 | 0.00 |
| 09/01/10 | | Transfer from Acct #*******0422 | Transfer In From MMA Account | 9999-000 | 7,269.02 | | 7,269.02 |
| 09/01/10 | 003002 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final distribution | 7100-000 | | 1,476.87 | 5,792.15 |
| 09/01/10 | 003003 | PYOD LLC as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final distribution | 7100-000 | | 3,434.12 | 2,358.03 |
| 09/01/10 | 003004 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Final distribution | 7100-000 | | 987.54 | 1,370.49 |
| 09/01/10 | 003005 | Fia Card Services, NA/Bank of America<br>by American Infosource Lp As Its Agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | | 7100-000 | | 1,370.49 | 0.00 |

Page Subtotals     8,909.97     8,909.97

Ver: 16.01c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 09-48025 -SPS | | Trustee Name: | RONALD R. PETERSON |
| Case Name: | HOLLAND, RHONDA M | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******0464 BofA - Checking Account |
| Taxpayer ID No: | *******9672 | | | |
| For Period Ending: | 02/25/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 8,909.97 | 8,909.97 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 8,909.97 | 0.00 | |
| | | | Subtotal | | 0.00 | 8,909.97 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 8,909.97 | |
| | | | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| | | | TOTAL - ALL ACCOUNTS | | | | |
| | | | Money Market Account (Interest Earn - ********0422 | | 8,909.97 | 0.00 | 0.00 |
| | | | BofA - Checking Account - ********0464 | | 0.00 | 8,909.97 | 0.00 |
| | | | | | 8,909.97 | 8,909.97 | 0.00 |
| | | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     0.00

Ver: 16.01c

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*